IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:14-cv-151-BR

| | | |
|---|---|---|
| American Dairy Queen Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| YS&J Enterprises, Inc. and John A. Ribet III, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MOTION coming before the Court on Plaintiff American Dairy Queen Corporation's Motion for Entry of Default (Dkt. No. 28) pursuant to Rule 55(a) of the Federal Rules of Civil Procedure;

AND IT APPEARING based on the Declaration of Nick Rotchadl (Dkt. No. 29) and the other pleadings and documents filed in this action that the time for Defendants YS&J Enterprises, Inc. and John A. Ribet III to answer or otherwise respond to the Complaint has expired without Defendants filing any answer or other response to the Complaint;

THEREFORE, default should be and hereby is entered against Defendants YS&J Enterprises, Inc. and John A. Ribet III.

This the 19th day of May, 2014.

_____
Clerk of Court