IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:14-cv-151-BR

| | | |
|---|---|---|
| American Dairy Queen Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>YS&J Enterprises, Inc. and John A. Ribet III,<br><br>Defendants. | ) | **DECLARATION OF RON PIUNTI** |

I, RON PIUNTI, declare as follows:

1. I am a Business Consultant for American Dairy Queen Corporation ("ADQ"). I have held this position since August 1, 2006.

2. I submit this Declaration in support of ADQ's Application for Default Judgment. I have personal knowledge of the matters asserted below.

3. As part of my ordinary course of business, I am familiar with the monthly sales promotion program fee percentage and monthly license fee percentage for Defendants' restaurant at Cross Creek Mall, 419 Cross Creek Mall, Fayetteville, North Carolina 28303 ("Fayetteville Restaurant"). The monthly sales promotion program fee percentage is 1.25% of all Orange Julius® sales and 5% of all other sales for the Fayetteville Restaurant. The monthly license fee percentage is 6% of gross sales for the Fayetteville Restaurant.

4. ADQ requires its franchisees to submit store monthly reports that list each store's monthly sales and are accompanied by license fee and sales promotion program fee

payments. I receive and use franchisees' store monthly reports in my ordinary course of business.

5. I have also reviewed the Defendants' store monthly report for the Fayetteville Restaurant for May 2013 ("May 2013 SMR"). The May 2013 SMR shows that Defendants' sales at the Fayetteville Restaurant in May 2013 were $27,741.08 and Defendants paid $841.98 in sales promotion program fees and $1664.46 in license fees for May 2013. Based on my experience in reviewing SMRs, the May 2013 SMR provides a reasonable estimate of Defendants' sales at the Fayetteville Restaurant in May 2014. Based on the percentages described in paragraph 2 of this affidavit and the May 2013 SMR, Defendants would owe $841.98 in sales promotion program fees and $1664.46 in license fees for May 2014. Attached as Exhibit A is a true and correct copy of the May 2013 SMR.

6. I have also reviewed the Defendants' store monthly report for the Fayetteville Restaurant for June 2013 ("June 2013 SMR"). The June 2013 SMR shows that Defendants' sales at the Fayetteville Restaurant in June 2013 were $28,946.75 and Defendants paid $952.01 in sales promotion program fees and $1,736.80 in license fees for June 2013. Based on my experience in reviewing SMRs, the June 2013 SMR provides a reasonable estimate of Defendants' sales at the Fayetteville Restaurant in June 2014. Based on the percentages described in paragraph 2 of this affidavit and the June 2013 SMR, Defendants would owe $952.01 in sales promotion program fees and $1,736.80 in license fees for June 2014. Attached as Exhibit B is a true and correct copy of the June 2013 SMR.

7. In total then, Defendants would owe approximately $1793.99 in sales promotion program fees and $3401.26 in license fees for May 2014 and June 2014.

8. ADQ has received Store Monthly Reports, sales promotion program fees, and license fees through April 2014 from Defendants for the Fayetteville Restaurant. Attached as Exhibit C are true and correct copies of the January, February, March, and April 2014 Store Monthly Reports for the Fayetteville Restaurant.

9. ADQ advised Defendants that it has retained any post-termination payments made by Defendants as damages for, among other things, continued trademark infringement and breach of contract. ADQ retained $7888.14 as damages, which is equal to 10/31sts of the January 2014 fees plus the all the February 2014 through April 2014 fees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 30th, 2014

RON PIUNTI

US.54246954.03