**MONTHLY SALES REPORT PRINT - MAY 2013**

| Restaurant |
|---|
| 41259 - CROSS CREEK MALL, 412 CROSS CREEK MALL - FAYETTEVILLE, NC, US |

MONTHLY SALES INFORMATION (without sales tax)Net of Discounts and Coupons. (Do not report funds from Gift Cards sold)

| | SUBMITTED | POSTED |
|---|---|---|
| SOFT SERVE | 11,979.33 | 11,979.33 |
| FOOD | 0.00 | 0.00 |
| BEVERAGES | 1,226.45 | 1,226.45 |
| CAKES/LOGS/TREATZZA PIZZA™ | 0.00 | 0.00 |
| BREAKFAST | 0.00 | 0.00 |
| ORANGE JULIUS® DRINKS | 13,820.69 | 13,820.69 |
| ORANGE JULIUS® FOOD | 714.61 | 714.61 |
| KARMELKORN® | 0.00 | 0.00 |
| **TOTAL** | **$27,741.08** | **$27,741.08** |

ADDITIONAL INFORMATION

| | | |
|---|---|---|
| TRANSACTION COUNT | 0.00 | 0.00 |
| **CHECK AVERAGE** | **$0.00** | **$0.00** |
| BEGINNING INVENTORY | 0.00 | 0.00 |
| INVENTORY PURCHASES | 0.00 | 0.00 |
| ENDING INVENTORY | 0.00 | 0.00 |
| COGS PCT | 0.00% | 0.00% |

NOVELTIES (specify in cases)

| TYPE | CASES | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| DILLY® BAR | 0 | 1.20 | 0 | |
| STARKISS® BAR | 0 | 1.40 | 0 | |
| NF/NSA BARS | 0 | 1.10 | 0 | |
| DQ FREEZ'R® - 12FL OZ. | 0 | 1.10 | 0 | |
| NSA DILLY® BAR | 0 | 1.20 | 0 | |
| BUSTER BAR® | 0 | 0.93 | 0 | |
| **TOTAL NOVELTY GALLONS** | | | **0** | **0** |

READY TO DECORATE CAKES (specify in cake units)

| TYPE | CAKE UNITS | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| 8" ROUND | 0 | 0.33 | 0 | |
| 10" ROUND | 0 | 0.51 | 0 | |
| SHEET | 0 | 0.69 | 0 | |
| **TOTAL RTD** | | | **0** | **0** |

OTHER GALLONS:

| TYPE | GALLONS | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| **TOTAL** | | | **0.00** | **0.00** |

TOTAL:

| TYPE | TOTAL | YIELDS | POSTED | POSTED YIELDS |
|---|---|---|---|---|
| **TOTAL GALLONS** | **0.00** | **$0.00** | **0.00** | **$0.00** |
| **MEAT POUNDS** | **0.00** | **$0.00** | **0.00** | **$0.00** |

ORANGE JULIUS COMPOUND

| TYPE | CASES | CONVERSION RATE | CASES | POSTED |
|---|---|---|---|---|
| FLAVOR ENHANCER CASES | 0 | 0.00 | 0 | |
| SMOOTHY BOOSTER CASES | 0 | 0.00 | 0 | |

LICENSE FEE CALCULATION:

| TYPE | AMOUNT | RATE | SUBTOTAL |
|---|---|---|---|
| TOTAL SALES | 27,741.08 | 6.0000% | 1,664.46 |

SALES PROMOTION CALCULATION:

| TYPE | AMOUNT | RATE | SUBTOTAL |
|---|---|---|---|
| TOTAL SALES | 13,205.78 | 5.0000% | 660.29 |
| OJ SALES | 14,535.30 | 1.2500% | 181.69 |

OVERALL TOTALS:

| | | | | | |
|---|---|---|---|---|---|
| **Total License Fees** | 1,664.46 | **Less Prepaid and Bank Drafts** | 0.00 | = | 1,664.46 |
| **Total Sales Promotion** | 841.98 | **Less Prepaid and Bank Drafts** | 0.00 | = | 841.98 |
| **Tax** | 0.00 | **Less Prepaid and Bank Drafts** | 0.00 | = | 0.00 |
| | | | | **Total Due** | 2,506.44 |

The fees calculated are an estimate. Any discrepancies will be captured in the final bill.
I certify that the information I have entered is true and correct in every respect
to the best of my knowledge. John Ribet

**Thank you for submitting your Monthly Sales report!**
**$2,506.44 will be deducted from your account in 1 to 2 business days.**

Print Report | Close

**MONTHLY SALES REPORT PRINT - MAY 2013 - 41259**

Exhibit A