**MONTHLY SALES REPORT PRINT - JANUARY 2014**

| Restaurant |
|---|
| 41259 - CROSS CREEK MALL, 412 CROSS CREEK MALL - FAYETTEVILLE, NC, US |

MONTHLY SALES INFORMATION (without sales tax)Net of Discounts and Coupons. (Do not report funds from Gift Cards sold)

| | SUBMITTED | POSTED |
|---|---|---|
| SOFT SERVE | 8,029.54 | 8,029.54 |
| FOOD | 0.00 | 0.00 |
| BEVERAGES | 764.59 | 764.59 |
| CAKES/LOGS/TREATZZA PIZZA™ | 0.00 | 0.00 |
| BREAKFAST | 0.00 | 0.00 |
| ORANGE JULIUS® DRINKS | 7,927.85 | 7,927.85 |
| ORANGE JULIUS® FOOD | 649.89 | 649.89 |
| KARMELKORN® | 0.00 | 0.00 |
| **TOTAL** | **$17,371.87** | **$17,371.87** |

ADDITIONAL INFORMATION

| | | |
|---|---|---|
| TRANSACTION COUNT | 0.00 | 0.00 |
| **CHECK AVERAGE** | **$0.00** | **$0.00** |
| BEGINNING INVENTORY | 0.00 | 0.00 |
| INVENTORY PURCHASES | 0.00 | 0.00 |
| ENDING INVENTORY | 0.00 | 0.00 |
| COGS PCT | 0.00% | 0.00% |

NOVELTIES (specify in cases)

| TYPE | CASES | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| DILLY® BAR | 0 | 1.20 | 0 | |
| STARKISS® BAR | 0 | 1.40 | 0 | |
| NF/NSA BARS | 0 | 1.10 | 0 | |
| NSA DILLY® BAR | 0 | 1.20 | 0 | |
| BUSTER BAR® | 0 | 0.93 | 0 | |
| **TOTAL NOVELTY GALLONS** | | | **0** | **0** |

READY TO DECORATE CAKES (specify in cake units)

| TYPE | CAKE UNITS | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| 8" ROUND | 0 | 0.33 | 0 | |
| 10" ROUND | 0 | 0.51 | 0 | |
| SHEET | 0 | 0.69 | 0 | |
| **TOTAL RTD** | | | **0** | **0** |

OTHER GALLONS:

| TYPE | GALLONS | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| **TOTAL** | | | **0.00** | **0.00** |

TOTAL:

| TYPE | TOTAL | YIELDS | POSTED | POSTED YIELDS |
|---|---|---|---|---|
| **TOTAL GALLONS** | **0.00** | **$0.00** | **0.00** | **$0.00** |
| **MEAT POUNDS** | **0.00** | **$0.00** | **0.00** | **$0.00** |

LICENSE FEE CALCULATION:

| TYPE | AMOUNT | RATE | SUBTOTAL |
|---|---|---|---|
| TOTAL SALES | 17,371.87 | 6.0000% | 1,042.31 |

SALES PROMOTION CALCULATION:

| TYPE | AMOUNT | RATE | SUBTOTAL |
|---|---|---|---|
| TOTAL SALES | 8,794.13 | 5.0000% | 439.71 |
| OJ SALES | 8,577.74 | 1.2500% | 107.22 |

OVERALL TOTALS:

| | | | | | |
|---|---|---|---|---|---|
| **Total License Fees** | 1,042.31 | **Less Prepaid and Bank Drafts** | 0.00 | = | 1,042.31 |
| **Total Sales Promotion** | 546.93 | **Less Prepaid and Bank Drafts** | 0.00 | = | 546.93 |
| **Tax** | 0.00 | **Less Prepaid and Bank Drafts** | 0.00 | = | 0.00 |
| | | | | **Total Due** | 1,589.24 |

The fees calculated are an estimate. Any discrepancies will be captured in the final bill.
I certify that the information I have entered is true and correct in every respect to the best of my knowledge. John Ribet

**Thank you for submitting your Monthly Sales report!**
**$1,589.24 will be deducted from your account in 1 to 2 business days.**

Print Report | Close

**MONTHLY SALES REPORT PRINT - JANUARY 2014 - 41259**

Exhibit C

**MONTHLY SALES REPORT PRINT - FEBRUARY 2014**

| Restaurant |
|---|
| 41259 - CROSS CREEK MALL, 412 CROSS CREEK MALL - FAYETTEVILLE, NC, US |

MONTHLY SALES INFORMATION (without sales tax)Net of Discounts and Coupons. (Do not report funds from Gift Cards sold)

| | SUBMITTED | POSTED |
|---|---|---|
| SOFT SERVE | 11,144.32 | 11,144.32 |
| FOOD | 0.00 | 0.00 |
| BEVERAGES | 1,019.99 | 1,019.99 |
| CAKES/LOGS/TREATZZA PIZZA™ | 0.00 | 0.00 |
| BREAKFAST | 0.00 | 0.00 |
| ORANGE JULIUS® DRINKS | 10,723.19 | 10,723.19 |
| ORANGE JULIUS® FOOD | 754.47 | 754.47 |
| KARMELKORN® | 0.00 | 0.00 |
| **TOTAL** | **$23,641.97** | **$23,641.97** |

ADDITIONAL INFORMATION

| | | |
|---|---|---|
| TRANSACTION COUNT | 0.00 | 0.00 |
| **CHECK AVERAGE** | **$0.00** | **$0.00** |
| BEGINNING INVENTORY | 0.00 | 0.00 |
| INVENTORY PURCHASES | 0.00 | 0.00 |
| ENDING INVENTORY | 0.00 | 0.00 |
| COGS PCT | 0.00% | 0.00% |

NOVELTIES (specify in cases)

| TYPE | CASES | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| DILLY® BAR | 0 | 1.20 | 0 | |
| STARKISS® BAR | 0 | 1.40 | 0 | |
| NF/NSA BARS | 0 | 1.10 | 0 | |
| NSA DILLY® BAR | 0 | 1.20 | 0 | |
| BUSTER BAR® | 0 | 0.93 | 0 | |
| **TOTAL NOVELTY GALLONS** | | | **0** | **0** |

READY TO DECORATE CAKES (specify in cake units)

| TYPE | CAKE UNITS | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| 8" ROUND | 0 | 0.33 | 0 | |
| 10" ROUND | 0 | 0.51 | 0 | |
| SHEET | 0 | 0.69 | 0 | |
| **TOTAL RTD** | | | **0** | **0** |

OTHER GALLONS:

| TYPE | GALLONS | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| **TOTAL** | | | **0.00** | **0.00** |

TOTAL:

| TYPE | TOTAL | YIELDS | POSTED | POSTED YIELDS |
|---|---|---|---|---|
| **TOTAL GALLONS** | **0.00** | **$0.00** | **0.00** | **$0.00** |
| **MEAT POUNDS** | **0.00** | **$0.00** | **0.00** | **$0.00** |

LICENSE FEE CALCULATION:

| TYPE | AMOUNT | RATE | SUBTOTAL |
|---|---|---|---|
| TOTAL SALES | 23,641.97 | 6.0000% | 1,418.52 |

SALES PROMOTION CALCULATION:

| TYPE | AMOUNT | RATE | SUBTOTAL |
|---|---|---|---|
| TOTAL SALES | 12,164.31 | 5.0000% | 608.22 |
| OJ SALES | 11,477.66 | 1.2500% | 143.47 |

OVERALL TOTALS:

| | | | | | |
|---|---|---|---|---|---|
| **Total License Fees** | 1,418.52 | **Less Prepaid and Bank Drafts** | 0.00 | = | 1,418.52 |
| **Total Sales Promotion** | 751.69 | **Less Prepaid and Bank Drafts** | 0.00 | = | 751.69 |
| **Tax** | 0.00 | **Less Prepaid and Bank Drafts** | 0.00 | = | 0.00 |
| | | | | **Total Due** | 2,170.21 |

The fees calculated are an estimate. Any discrepancies will be captured in the final bill.
I certify that the information I have entered is true and correct in every respect
to the best of my knowledge. John Ribet

**Thank you for submitting your Monthly Sales report!**
**$2,170.21 will be deducted from your account in 1 to 2 business days.**

Print Report | Close

**MONTHLY SALES REPORT PRINT - FEBRUARY 2014 - 41259**

**MONTHLY SALES REPORT PRINT - MARCH 2014**

| Restaurant |
|---|
| 41259 - CROSS CREEK MALL, 412 CROSS CREEK MALL - FAYETTEVILLE, NC, US |

MONTHLY SALES INFORMATION (without sales tax)Net of Discounts and Coupons. (Do not report funds from Gift Cards sold)

| | SUBMITTED | POSTED |
|---|---|---|
| SOFT SERVE | 15,299.15 | 15,299.15 |
| FOOD | 0.00 | 0.00 |
| BEVERAGES | 1,043.21 | 1,043.21 |
| CAKES/LOGS/TREATZZA PIZZA™ | 0.00 | 0.00 |
| BREAKFAST | 0.00 | 0.00 |
| ORANGE JULIUS® DRINKS | 13,368.25 | 13,368.25 |
| ORANGE JULIUS® FOOD | 881.76 | 881.76 |
| KARMELKORN® | 0.00 | 0.00 |
| **TOTAL** | **$30,592.37** | **$30,592.37** |

ADDITIONAL INFORMATION

| | | |
|---|---|---|
| TRANSACTION COUNT | 0.00 | 0.00 |
| **CHECK AVERAGE** | **$0.00** | **$0.00** |
| BEGINNING INVENTORY | 0.00 | 0.00 |
| INVENTORY PURCHASES | 0.00 | 0.00 |
| ENDING INVENTORY | 0.00 | 0.00 |
| COGS PCT | 0.00% | 0.00% |

NOVELTIES (specify in cases)

| TYPE | CASES | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| DILLY® BAR | 0 | 1.20 | 0 | |
| STARKISS® BAR | 0 | 1.40 | 0 | |
| NF/NSA BARS | 0 | 1.10 | 0 | |
| NSA DILLY® BAR | 0 | 1.20 | 0 | |
| BUSTER BAR® | 0 | 0.93 | 0 | |
| **TOTAL NOVELTY GALLONS** | | | **0** | **0** |

READY TO DECORATE CAKES (specify in cake units)

| TYPE | CAKE UNITS | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| 8" ROUND | 0 | 0.33 | 0 | |
| 10" ROUND | 0 | 0.51 | 0 | |
| SHEET | 0 | 0.69 | 0 | |
| **TOTAL RTD** | | | **0** | **0** |

OTHER GALLONS:

| TYPE | GALLONS | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| **TOTAL** | | | **0.00** | **0.00** |

TOTAL:

| TYPE | TOTAL | YIELDS | POSTED | POSTED YIELDS |
|---|---|---|---|---|
| **TOTAL GALLONS** | **0.00** | **$0.00** | **0.00** | **$0.00** |
| **MEAT POUNDS** | **0.00** | **$0.00** | **0.00** | **$0.00** |

LICENSE FEE CALCULATION:

| TYPE | AMOUNT | RATE | SUBTOTAL |
|---|---|---|---|
| TOTAL SALES | 30,592.37 | 6.0000% | 1,835.54 |

SALES PROMOTION CALCULATION:

| TYPE | AMOUNT | RATE | SUBTOTAL |
|---|---|---|---|
| TOTAL SALES | 16,342.36 | 5.0000% | 817.12 |
| OJ SALES | 14,250.01 | 1.2500% | 178.13 |

OVERALL TOTALS:

| | | | | | |
|---|---|---|---|---|---|
| **Total License Fees** | 1,835.54 | **Less Prepaid and Bank Drafts** | 0.00 | = | 1,835.54 |
| **Total Sales Promotion** | 995.25 | **Less Prepaid and Bank Drafts** | 0.00 | = | 995.25 |
| **Tax** | 0.00 | **Less Prepaid and Bank Drafts** | 0.00 | = | 0.00 |
| | | | | **Total Due** | 2,830.79 |

The fees calculated are an estimate. Any discrepancies will be captured in the final bill.
I certify that the information I have entered is true and correct in every respect
to the best of my knowledge. John Ribet

**Thank you for submitting your Monthly Sales report!**
**$2,830.79 will be deducted from your account in 1 to 2 business days.**

Print Report | Close

**MONTHLY SALES REPORT PRINT - MARCH 2014 - 41259**

**MONTHLY SALES REPORT PRINT - APRIL 2014**

| Restaurant |
|---|
| 41259 - CROSS CREEK MALL, 412 CROSS CREEK MALL - FAYETTEVILLE, NC, US |

MONTHLY SALES INFORMATION (without sales tax)Net of Discounts and Coupons. (Do not report funds from Gift Cards sold)

| | SUBMITTED | POSTED |
|---|---|---|
| SOFT SERVE | 13,410.71 | 13,410.71 |
| FOOD | 0.00 | 0.00 |
| BEVERAGES | 827.27 | 827.27 |
| CAKES/LOGS/TREATZZA PIZZA™ | 0.00 | 0.00 |
| BREAKFAST | 0.00 | 0.00 |
| ORANGE JULIUS® DRINKS | 10,302.40 | 10,302.40 |
| ORANGE JULIUS® FOOD | 846.60 | 846.60 |
| KARMELKORN® | 0.00 | 0.00 |
| **TOTAL** | **$25,386.98** | **$25,386.98** |

ADDITIONAL INFORMATION

| | | |
|---|---|---|
| TRANSACTION COUNT | 0.00 | 0.00 |
| **CHECK AVERAGE** | **$0.00** | **$0.00** |
| BEGINNING INVENTORY | 0.00 | 0.00 |
| INVENTORY PURCHASES | 0.00 | 0.00 |
| ENDING INVENTORY | 0.00 | 0.00 |
| COGS PCT | 0.00% | 0.00% |

NOVELTIES (specify in cases)

| TYPE | CASES | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| DILLY® BAR | 0 | 1.20 | 0 | |
| STARKISS® BAR | 0 | 1.40 | 0 | |
| NF/NSA BARS | 0 | 1.10 | 0 | |
| NSA DILLY® BAR | 0 | 1.20 | 0 | |
| BUSTER BAR® | 0 | 0.93 | 0 | |
| **TOTAL NOVELTY GALLONS** | | | 0 | 0 |

READY TO DECORATE CAKES (specify in cake units)

| TYPE | CAKE UNITS | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| 8" ROUND | 0 | 0.33 | 0 | |
| 10" ROUND | 0 | 0.51 | 0 | |
| SHEET | 0 | 0.69 | 0 | |
| **TOTAL RTD** | | | 0 | 0 |

OTHER GALLONS:

| TYPE | GALLONS | CONVERSION RATE | LIQUID GALLONS | POSTED |
|---|---|---|---|---|
| **TOTAL** | | | **0.00** | **0.00** |

TOTAL:

| TYPE | TOTAL | YIELDS | POSTED | POSTED YIELDS |
|---|---|---|---|---|
| **TOTAL GALLONS** | **0.00** | **$0.00** | **0.00** | **$0.00** |
| **MEAT POUNDS** | **0.00** | **$0.00** | **0.00** | **$0.00** |

LICENSE FEE CALCULATION:

| TYPE | AMOUNT | RATE | SUBTOTAL |
|---|---|---|---|
| TOTAL SALES | 25,386.98 | 6.0000% | 1,523.22 |

SALES PROMOTION CALCULATION:

| TYPE | AMOUNT | RATE | SUBTOTAL |
|---|---|---|---|
| TOTAL SALES | 14,237.98 | 5.0000% | 711.90 |
| OJ SALES | 11,149.00 | 1.2500% | 139.36 |

OVERALL TOTALS:

| | | | | | |
|---|---|---|---|---|---|
| **Total License Fees** | 1,523.22 | **Less Prepaid and Bank Drafts** | 0.00 | = | 1,523.22 |
| **Total Sales Promotion** | 851.26 | **Less Prepaid and Bank Drafts** | 0.00 | = | 851.26 |
| **Tax** | 0.00 | **Less Prepaid and Bank Drafts** | 0.00 | = | 0.00 |
| | | | | **Total Due** | 2,374.48 |

The fees calculated are an estimate. Any discrepancies will be captured in the final bill.

I certify that the information I have entered is true and correct in every respect to the best of my knowledge. John Ribet

**Thank you for submitting your Monthly Sales report!**
**$2,374.48 will be deducted from your account in 1 to 2 business days.**

Print Report Close

**MONTHLY SALES REPORT PRINT - APRIL 2014- 41259**